UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID PERRY and OTHELIA SPARE,<br><br>　　　　　　　　Defendants. | NO: CV-12-664-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80293-PCW11<br><br>ORDER DENYING MOTION TO DISMISS OTHELIA SPARE |

Defendant David Perry submitted a letter requesting the Court to dismiss his daughter, Othelia Spare, from this case. ECF No. 51. As the Court has informed Defendant Perry in the past, because he is not a licensed attorney who is admitted to practice in this Court, he may not represent his daughter. *See* ECF No. 30.

ORDER DENYING MOTION TO DISMISS OTHELIA SPARE ~ 1

Defendant Perry is incorrect that he may bring the motion on his own behalf due to the emotional pressure that he suffers due to his daughter's involvement this litigation.

If Defendant Spare was properly served under the requirements of Rule 4 of the Federal Rules of Civil Procedure, then Defendant Spare is subject to the jurisdiction of this Court and may respond on her own behalf.  Defendant Perry may not assert that argument on her behalf.  The Court reminds Defendant Perry that he must follow the Federal and Local Rules and directs him in particular to review Federal Rule of Procedure 4 and Local Rule 7.1.

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Dismiss Defendant Othelia Spare, **ECF No. 51**, is **DENIED**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel and to pro se defendants.

**DATED** this 6th day of March 2014.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge

ORDER DENYING MOTION TO DISMISS OTHELIA SPARE ~ 2