UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>―――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID PERRY and OTHELIA SPARE,<br><br>　　　　　　　　　Defendants. | NO:  2:12-CV-664-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br><br>Adv. Proc. No. 11-80293-PCW11<br><br>ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:12-CV-668-RMP |

**BEFORE THE COURT** is Plaintiff's Motion to Consolidate this case with Case No. 2:12-CV-668-RMP.  ECF No. 32.  Defendant Perry filed an objection on March 3, 2014.  ECF No. 50.  The Court has reviewed the motion, Defendant Perry's response, and the file and records therein.

ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:12-CV-668-RMP ~ 1

Defendant Perry argues that consolidation would be improper because his case involves a number of unique issues, such as lack of timely notice and objections to the Trustee's conduct. ECF No. 50. However, the Court finds that Defendant Perry's assertions are insufficient to show that he would be prejudiced by a consolidated bench trial. The Court finds that there are common issues of law and similar facts in both cases that warrant consolidation. *See* Fed. R. Civ. P. 42.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Consolidate, **ECF No. 32**, is **GRANTED**.

2. This case is hereby consolidated with **Case No. 2:12-CV-668-RMP** for trial purposes only.

The District Court Clerk is directed to enter this Order, to consolidate this case with Case No. **12:12-CV-668-RMP**, to provide copies of this Order to counsel and to any pro se defendants, and **CLOSE** case number 2:12-CV-664-RMP.

**DATED** this 17th day of March 2014.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge